# THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DVISION

**DATE**   2/19/2025

**DISTRICT JUDGE**
**Amos L. Mazzant, III**

**COURT REPORTER:**  Chris Bickham
**COURTROOM DEPUTY:**  Keary Conrad

| UNITED STATES OF AMERICA  V.  MICHAEL CROOK | CASE NUMBER 4:22CR256.1 |
|---|---|

| ATTORNEY FOR GOVERNMENT | ATTORNEY FOR DEFENDANT |
|---|---|
| Matthew Johnson, AUSA | Marc Fratter |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES:   Sentencing |
|---|---|
| 10:49 a.m. | Court in session. Court notes appearances. Parties have reviewed PSR. Defendant acknowledges he fully understands the PSR and is satisfied with the accuracy of the report. No additions, corrections, or comments by the Government. No additions, corrections, or comments by counsel for the Defendant. No objections by Government. |
|  | Court notes receipt and review of the Defendant's Objections to the PSR (Dkt. #108, sealed). Defendant's counsel addresses objection to sophisticated means and withdraws objection to sophisticated means. The remaining objection (Objection IV) the defendant objected to the information contained in the Offense Behavior Not Part of Relevant Conduct (paragraph 38-43) relate to conduct not to be considered part of the relevant conduct but it does not have a bearing on the sentencing guidelines. Defendant through counsel contends information provided within the PSR some of the facts are not accurate made. Defendant's counsel withdraws remaining objections. |
|  | The Court notes Defendant pled guilty to Count 4 of the Indictment pursuant to a plea agreement.   The Court accepts the plea agreement. |
| 10:56 a.m. | TOL: 18, CHC I,   Count 4: 27-33 months. |
| 10:58 a.m. | The Court hears from Defendant's counsel regarding sentence.   The Court notes receipt and review of Defendant's sentencing memorandum (Dkt. #131). Defendant's counsel requests 10 – 12 months. |
| 11:07 a.m. | The Court hears from Government.   Government requests a guideline sentence. |
| 11:07 a.m. | Defendant allocuted. |
| 11:09 a.m. | Bench conference with probation. |
| 11:12 a.m. | The sentence imposed for a total term of 27 months. While incarcerated, it is recommended the defendant participate in the Inmate Financial Responsibility Program |

| | |
|---|---|
| | in accordance with the requirements of the Inmate Financial Responsibility Program. If the defendant participates in the Inmate Financial Responsibility Program, the defendant shall pay 50% of earnings per pay period to the defendant's outstanding monetary penalties. It is further ordered that the defendant is jointly and severally liable with Shavonn Jackson (2) to pay restitution totaling $465, 086,24 to the victim listed in the "Restitution" section of the Presentence Report, which is due and payable immediately. Fine waived, interest waived, special assessment of $100, supervised release for a term of 5 years. All mandatory and special conditions were referred to as referenced in the PSR. The Court confirmed that the Defendant has reviewed General Order 17-3 and has no objections. |
| | Defendant's counsel requests the Court recommend FCI Lompoc II, California, if available. |
| 11:16 a.m. | Rights of appeal addressed. Court notes the preliminary order of forfeiture |
| 11:16 a.m. | Government orally moves to dismiss Counts 1, 2, 3, 5, 6.   Court orally grants Government's motion. |
| 11:18 a.m. | Defendant ordered to report June 5, 2025 at 2pm.   Defendant will be notified of where to report. |

**DAVID O'TOOLE, CLERK**

BY: _Keary Conrad_

Courtroom Deputy Clerk